IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| DUANE WRIGHT,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN FAYRAM, Warden, WILLIAM SPERSLEDGE, Deputy Warden; TRACY DIETSCH, Treatment Director,<br><br>Defendants. | No. C13-0078<br><br>ORDER REGARDING COMPLIANCE WITH SCHEDULING ORDER |

On September 4, 2013, the Court granted Petitioner Duane Wright's application for leave to proceed *in forma pauperis*. Wright's Complaint (docket number 5) was filed at that time. Defendants John Fayram, William Spersledge, and Tracy Dietsch filed their Answer (docket number 8) on October 4, 2013. On the same date, the clerk of court entered a Scheduling Order (docket number 9) establishing deadlines for the completion of discovery and filing dispositive motions. Those deadlines have now expired.

The Scheduling Order further provided that if no dispositive motions were filed, then within five months from the date of the Order, each party must file and serve on the other party (1) a narrative written statement of that party's version of the incident giving rise to the claims, (2) a list of all exhibits the party intends to offer into evidence at the trial, and (3) a list of the names and addresses of all witnesses the party intends to call at the trial, with a summary of their testimony. The parties were advised that "[t]he failure to fully disclose the substance of the evidence to be offered at trial in the pretrial narrative statement may result in exclusion of that evidence at the trial."[1]

---

[1] Scheduling Order (docket number 9) at 2.

On February 28, 2014, Defendants timely filed a "Status Report" (docket number 15), which included a narrative statement, a list of exhibits, and a list of witnesses. Wright failed to file the required documents in compliance with the Court's Scheduling Order.

On April 8, 2014, Judge Edward J. McManus referred this matter to me for a report and recommendation. *See* Order (docket number 17). If Plaintiff fails to promptly file a narrative statement, list of exhibits, and list of witnesses in compliance with the Scheduling Order, then I will recommend that Judge McManus dismiss the action for lack of prosecution.

## ORDER

IT IS THEREFORE ORDERED that not later than **April 22, 2014**, Plaintiff Duane Wright must fully comply with the Scheduling Order by filing and serving on Defendants a narrative written statement, list of exhibits, and list of witnesses. If Plaintiff fails to comply in this regard, then I will recommend that the case be dismissed for lack of prosecution.

DATED this 8th day of April, 2014.

_____
JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA