IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

DUANE WRIGHT,

    Petitioner,

vs.

JOHN FAYRAM, Warden, et al.,

    Respondents.

No. C13-78 EJM

ORDER

This matter is before the court on the Magistrate Judge's unresisted Report and Recommendation (R & R) filed July 30, 2014. R & R accepted.

Plaintiff, presently confined in the Anamosa State Penitentiary, Anamosa, Iowa, brings this action pursuant to 42 U.S.C. §1983 and asserts that he has been denied his constitutional right to worship in a manner as he sees fit. Jurisdiction is under 28 USC §1331.

The time to object to the R & R has expired; no objection has been timely filed.

On the merits, the R&R is thorough and well-reasoned. Wright's claims involving religious publications and an institutional account must be dismissed because he still has administrative remedies available to him, and he did not complete the process to open an account or order materials. Regarding Wright's claims involving not receiving the "The Five Percenter" due to hand signs in the magazine, the prison's policies prohibiting hand signs and requiring legal names

on mail serve valid penological objectives and do not unduly restrict the petitioner's right to practice his religion.

It is therefore

ORDERED

R & R accepted. Petition dismissed.

December 18, 2014

*Edward J. McManus*
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT